UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Yong Serna <br>     Plaintiff, <br><br> vs. <br><br> Service Credit Union, <br>     Defendant. | Civil Action No. C-04-351-PB |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL

THIS DAY came the parties, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and moved the Court to enter an Order dismissing the Complaint filed by the Plaintiff, Yong Serna, with prejudice pursuant to an agreement of the parties, and it appearing to the Court by the signature of counsel for all parties that it is proper to do so, it is

ORDERED that the Complaint of the Plaintiff is dismissed, with prejudice, each party to bear their own costs and fees.

ENTERED this __26__ day of March, 2006.

                                             /s/ Paul Barbadoro
                                            United States District Judge

WE ASK FOR THIS:

/s/ Brian T. Stern
Brian T. Stern
New Hampshire Bar Number: 2441
Law Office of Brian T. Stern, P.A.
86 Locust Street
Dover, New Hampshire 03820-3769
(603) 742-7789
*Counsel for the plaintiff*

/s/ James H. Shoemaker, Jr.
James H. Shoemaker, Jr.
Virginia State Bar Number: 33148
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
(757) 223-4500
*Pro Hac Vice Counsel for the Plaintiff*


SEEN AND AGREED:


/s/ David W. McGrath
David W. McGrath
New Hampshire Bar Number: 9347
Sheehan Phinney Bass & Green, P.A.
1000 Elm Street
Manchester, New Hampshire 03105-3701
(603) 668-0300
*Counsel for the Defendant*


Dated: March 24, 2006